**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Card Activation Technologies, Inc.
          Plaintiff,

v.               Case No.: 1:06−cv−05578
               Honorable Blanche M. Manning

McDonald's Corporation, et al.
         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 9, 2009:

  MINUTE entry before the Honorable Maria Valdez: Report and Recommendation on claim construction is hereby submitted to Judge Manning. It is recommended that the disputed claim terms be construed in accordance with the conclusions set forth in this Report and Recommendation. Counsel has ten days from the date of service of this Court's Report and Recommendation to file objections with the District Court. (For further details see separate order.)Mailed notice(yp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.